# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS, | CASE NO. CV09-119-AHM (FFMx) |
|     Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
|    v. | |
| HOME DEPOT U.S.A., INC., et al., | |
|     Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: September 25, 2009

**JS-6**

_____
A. Howard Matz
United States District Court Judge